| |
|---|
| **Matter of Gonzalez (Barbosa)** |
| 2018 NY Slip Op 34574(U) |
| October 11, 2018 |
| Surrogate's Court, Bronx County |
| Docket Number: File No. 2012-1053/A |
| Judge: Nelida Malave-Gonzalez |
| Cases posted with a "30000" identifier, i.e., 2013 NY Slip Op 30001(U), are republished from various New York State and local government sources, including the New York State Unified Court System's eCourts Service. |
| This opinion is uncorrected and not selected for official publication. |



At a Surrogate's Court held in and for the County of Bronx, located at 851 Grand Concourse, County of Bronx, New York on the 11 day of October, 2018.

PRESENT: HONORABLE NELIDA MALAVE-GONZALEZ
Bronx County Surrogate

------------------------------------------------------------------------X

In the Matter of the Application of JUAN GONZALEZ,
as Administrator of the Goods,
Chattels and Credits which were of

            Nancy Barbosa,

                         Deceased.

for leave to distribute the net proceeds of the settlement of
pursuant to the Order of Supreme Court of the State of New
York, County of Bronx and to judicially settle an account
of the proceedings as such Administrator.

------------------------------------------------------------------- X

File # 2012-1053/A

DECREE

FILED

OCT 11 2018

ACCOUNTING DEPT.
SURROGATE'S COURT
COUNTY OF BRONX

Upon the reading and filing the petition of Juan Gonzalez, as Administrator with Limited Letters of the Estate of Nancy Barbosa, deceased, duly verified the 17th day of May, 2017, amended by affidavit sworn to the 8th day of June 2017, and the 19th day of June, 2017, and his amended petition duly verified on the 1st day of August, 2018, his account, sworn to the 17th day of May, 2017, amended by affidavit sworn to the 8th of June, 2017 and his amended account, sworn to the 1st day of August, 2018 and his affidavit sworn to August 1, 2018 and the affirmations of Mark H. Bierman, Esq. dated May 17, 2017, June 13, 2017, June 19, 2017, and August 1, 2018; praying that the Administrator be authorized to distribute the net settlement sum of $2,500,000.00 for the decedent's causes of action for personal injury/conscious pain and suffering commenced against 231 Ocean Associates, 23 1 Ocean Associates, Inc., Nathan Eiges, Milton Eiges, Alan Shindel and Plaza Mgmt. Co., Inc., the defendants, settled pursuant to the amended stipulation

1

[* 1]

"So Ordered" by the Hon. Doris M. Gonzalez of the Supreme Court, Bronx County and entered on July 3, 2018 for the gross sum of $2,500,000.00

And the New York State Department of Taxation and Finance having filed their waiver of citation and consent by John C. Miller, Esq. acknowledged on the 8th day of June, 2017;

And upon the Amended Waiver and Consent of Maria Gonzalez duly acknowledged on the 1st day of August, 2018 and the Affidavit of Luis Barbosa sworn to on the 16th day of June, 2017.

And after due deliberation, the Court having rendered its decision, in writing on the date of entry of this Decree;

And the administrator having prayed for the judicial settlement of his account and said account having been filed, under oath, and the Surrogate, having examined said account, now here finds the state and condition of the said account to be as stated and set forth in the following summary statement thereof, as adjusted by him/her to be recorded with and taken to be a part of the decree in this matter:

### SUMMARY STATEMENT

Administrator is charged with: $2,500,000.00   Total charges:   $2,500,000.00
the sum of $2,500,000.00 representing
the proceeds of said settlement


Administrator is credited with:                                          $ 0.00

Leaving a balance of the settlement sum of $2,500,000.00
to be distributed pursuant to the terms of this decree:        $2,500,000.00

2

And it appearing the said Administrator has fully accounted for all monies and properties of the estate in said summary statement, and the Administrator having waived any claim to statutory commissions;

Now on motion of Mark H. Bierman, Esq., attorney for said petitioner; it is

ORDERED, ADJUDGED AND DECREED, that the said Juan Gonzalez as administrator is authorized to distribute the net settlement sum of $2,500,000.00 for decedent's cause of action settled pursuant to the amended stipulation "So Ordered" by the Hon. Doris M. Gonzalez of the Supreme Court, Bronx County and entered on July 3, 2018; and it is further

ORDERED, ADJUDGED AND DECREED, that the restrictions contained on the Limited Letters of Administration heretofore issued are hereby modified to the extent necessary to permit the acts herein directed, and the filing of a bond or other security is hereby dispensed with; and it is further

.ORDERED, ADJUDGED AND DECREED, that the account of Juan Gonzalez, as said Administrator, be judicially settled; and it is further

ORDERED, ADJUDGED AND DECREED, that the entire settlement sum of $2,500,000.00 is allocated to the cause of action for personal injury/conscious pain and suffering; and it is further

ORDERED, ADJUDGED AND DECREED, that Mark H. Bierman, Esq., as escrow agent shall pay the settlement sum of $2,500,000.00 as follows:

To: Bierman & Associates as fee for services as attorney for the Administrator herein in the Supreme Court Action, the Administration Proceedings and the Petition to Compromise the Claim $839,203.10

3

To: Bierman & Associates in reimbursement of
disbursements as attorney for the Administrator herein
in the Supreme Court Action, the Administration
Proceedings and the Petition to Compromise the Claim $24,366.97

To: Juan Gonzalez for payment of his share of the
residue pursuant to EPTL section 4-1.1(a); and $843,214.97

To: Maria Gonzalez for payment of her share of the
residue pursuant to EPTL section4-1.1(a) $793,214.96

; and it is further

ORDERED, ADJUDGED AND DECREED, that, upon complying with the terms of this

Decree, Juan Gonzalez, as Administrator of the goods, chattels and credits that were of Nancy

Barbosa, deceased, be and hereby is discharged from any and all further liability as to all

matters and things embraced in the aforesaid account and determined by this decree.

ENTER:

_____
Surrogate

4

SURROGATE'S COURT, BRONX COUNTY

October 11, 2018

ESTATE OF NANCY BARBOSA, Deceased
File No.: 2012-1053/A

In this amended application, the administrator, the decedent's spouse, seeks to lift the restrictions in his limited letters of administration so that he may judicially account for the proceeds of a personal injury cause of action settled and re-allocated pursuant to the emended order of the Supreme Court, Bronx County (Gonzalez, J.).

The decedent sustained injuries in an assault in November, 2001 and died intestate on February 11, 2012. Her distributees are the petitioner and a daughter. The daughter and the New York State Department of Taxation and Finance consent to the application.

Counsel fees and disbursements are allowed in the amended sums requested. The net distributable proceeds are to be paid to the distributees pursuant to EPTL 4-1.1 (a) (1).

Decree signed.

HON. NELIDA MALAVE-GONZALEZ
SURROGATE

[* 5]